Home / Lighting / Outdoor Lighting / Outdoor Wall Mounted Lighting / Outdoor Lanterns & Sco

Model # 22411    Internet #300088962    Store SKU #1002099626

Share    Save to Favorites    Print

Exclusive

**Home Decorators Collection**

## McCarthy 1-Light Bronze with Gold Highlights Outdoor Motion Sensor Wall Lantern

★★★★½ (177)    Write a Review    Questions & Answers (74)

- 12.5 in. Outdoor Wall Lantern that complements exterior décor
- Bronze Finish with Clear Glass and Weather Resistant
- Shop the Home Decorators McCarthy Outdoor Lighting Collection

$64.97 /each

Fixture Color/Finish: **Bronze with Gold Hightlights**

 

**Product Width (in.): 6.25**

| 6.25 | 8 | 10 |

☐ **LET'S PROTECT THIS.**
Add a 2-year Home Depot Protection Plan for **$12.00**
Learn More

Quantity  | - | 1 | + |



**Pick Up In Store Today**

Aisle 43, Bay 018  Text to Me

4  in stock at Sixes Road

**Add to Cart**

Check Nearby Stores

*or*

**We'll Deliver It to You**

Order within **5 hrs 17 mins** to get it by **December 11**

Free Delivery

**Add to Cart**

Get it tomorrow for as low as $35.00.  Delivery Options

We're unable to ship this item to:
GU, PR, VI

Easy returns in store and online

# Product Overview

This traditional 1-Light McCarthy Motion Sensor wall mount lantern from Home Decorators Collection is beautifully sculpted in die-cast aluminum for a classic look that is sure to enhance your outdoor decor. The hand applied bronze finish features gold highlights to give this fixture a timeless look. The clear ribbed glass lets the one 60-Watt medium based bulb (not included) shine through to illuminate your outdoor surroundings. 220° of motion sensing, it detects motion up to 40 ft. away.

- Durable plated metal construction is built for long product life
- Attractive and durable hand applied bronze finish with silver highlights to augment the look of any home
- 220°, 40 ft. field of motion detection
- Uses one 60-Watt medium base bulbs (not included)
- Clear ribbed glass gives a bright look to any outdoor setting
- Traditional styling for a classic accent to your home
- Includes assembly and installation part
- ETL approved for wet locations
- Click here for more information on Electronic Recycling Programs

### Info & Guides

- Instructions / Assembly
- Use and Care Manual
- Warranty

You will need Adobe® Acrobat® Reader to view PDF documents. Download a free copy from the Adobe Web site.

# Specifications

## Dimensions

Product Depth (in.)

7.5

Product Height (in.)

12.5

Product Length (in.)

6.25

Product Width (in.)

6.25

Live Chat

## Details

Exterior Lighting Product Type

Outdoor Lanterns

Fixture Color/Finish

Bronze with Gold Hightlights

Fixture Material

Aluminum

Glass/Lens Type

Clear

Included

Hardware Included,Motion Sensor

Light Bulb Base Code

E26

Light Bulb Type Included

Incandescent

| | |
|---|---|
| Maximum Bulb Wattage | 60 |
| Maximum Wattage (watts) | 60 |
| Number of Bulbs Required | 1 |
| Outdoor Lighting Features | Motion Sensing,Weather Resistant |
| Power Type | Hardwired |
| Product Weight (lb.) | 1.90lb |
| Recommended Light Bulb Shape Code | A19 |
| Returnable | 90-Day |
| Style | Transitional |

## Warranty / Certifications

| | |
|---|---|
| Certifications and Listings | ETL Listed |
| Manufacturer Warranty | Three (3) year limited warranty |

Live Chat

How can we improve our product information? Provide feedback.

Live Chat

EXHIBIT B 040

Home / Lighting / Outdoor Lighting / Outdoor Wall Mounted Lighting / Outdoor Lanterns & Sco

Model # 22211   Internet #300088974   Store SKU #1002099636



Share    Save to Favorites    Print

Exclusive

### Home Decorators Collection

## Port Oxford 1-Light Oil-Rubbed Chestnut Outdoor Motion Sensor Wall Lantern

★★★★☆ (78)   Write a Review   Questions & Answers (34)

- 10.625 in. Outdoor Wall Lantern that complements exterior décor
- Oil Rubbed Finish with Frosted Glass and Weather Resistant
- Shop the Home Decorators Port Oxford Outdoor Lighting Collection

**$64.97** /each

☐ **LET'S PROTECT THIS.**
Add a 2-year Home Depot Protection Plan for **$12.00**
Learn More

| Quantity | - | 1 | + |

**Pick Up In Store Today**

Aisle 43, Bay 018   Text to Me

**2**   **in stock** at Sixes Road

**Add to Cart**

Check Nearby Stores

**or**

**We'll Deliver It to You**

Order within **1 hr 15 mins** to get it by **December 5**

Free Delivery

**Add to Cart**

Get it tomorrow for as low as $35.00.   Delivery Options

We're unable to ship this item to:
GU, PR, VIMore

Or buy now with

**Easy returns in store and online**
Learn about our return policy

Live Chat

# Product Overview

The Home Decorators Collection Port Oxford Motion Wall-Mount 1-Light Outdoor Oil-Rubbed Chestnut Lantern has a classic design for an attractive, but unobtrusive accent to your home decor. This beautiful fixture is presented in a versatile hand-applied; multi-step, Oil-rubbed Chestnut finish with Pearl Mission glass uses a medium base incandescent bulb, 60-Watt maximum (not included). 220 degree of motion sensing, it detects motion up to 40 ft. away.

- Rugged die-cast aluminum housing is ideal for outdoor installation
- Oil-rubbed chestnut finish enhances the mission style of this beautiful fixture
- Pearl mission glass panes create a diffused effect when illuminated
- Wall-mount design can be installed to illuminate porches or other outdoor walled spaces
- Uses one 60-Watt medium base bulbs (not included)
- Direct wire fixture, instructions included for ease of installation
- 220 degree, 40 ft. field of motion detection
- Additional coordinating fixtures available in store, online or through special order
- ETL approved for wet locations
- Click here for more information on Electronic Recycling Programs

### Info & Guides

- Instructions / Assembly
- Use and Care Manual
- Warranty

You will need Adobe® Acrobat® Reader to view PDF documents. Download a free copy from the Adobe Web site.

# Specifications

### Dimensions

Product Depth (in.)

6.625 in

Product Height (in.)

10.625 in

Product Length (in.)

5.75 in

Product Width (in.)

5.75 in

## Details

Detection Range (ft.)

40

Exterior Lighting Product Type

Outdoor Lanterns

Fixture Color/Finish

Oil Rubbed Chestnut

Fixture Material

Aluminum

Glass/Lens Type

Frosted

Included

Hardware Included,Motion Sensor

Light Beam Angle

220

Light Bulb Base Code

E26

Light Bulb Type Included

Live Chat

| | |
|---|---|
| No Bulbs Included | |
| Maximum Bulb Wattage | |
| 60 | |
| Maximum Wattage (watts) | |
| 60 | |
| Number of Bulbs Required | |
| 1 | |
| Outdoor Lighting Features | |
| Motion Sensing,Weather Resistant | |
| Power Type | |
| Hardwired | |
| Product Weight (lb.) | |
| 1.90lb | |
| Recommended Light Bulb Shape Code | |
| A19 | |
| Returnable | |
| 90-Day | |
| Style | |
| Transitional | |

## Warranty / Certifications

| |
|---|
| Certifications and Listings |
| ETL Listed |
| Manufacturer Warranty |
| Three (3) year limited warranty |

How can we improve our product information? Provide feedback.

# Recently Viewed Items



Home Decorators Collection McCarthy 1-Light

(177)