

# HOME DECORATORS COLLECTION

**1 Light Exterior Wall Lantern with Motion Sensor**

**Home Depot SKU 1002099636 (UPC 718212222119)**

**(Oil Rubbed Chestnut Finish)**



# INSTRUCTION MANUAL

EXHIBIT C 047

**Thank you for purchasing this Home Decorators Collection exterior wall lantern. This product has been manufactured with the highest standards of safety and quality. The finish of this lantern is weather resistant but over time will naturally weather and fade.**

**WARNING:** This equipment has been tested and found to comply with the limits for a Class B digital device, pursuant to Part 15 of the FCC Rules. These limits are designed to provide reasonable protection against harmful interference in a residential installation. This equipment generates, uses and can radiate radio frequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to radio communications.

However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause harmful interference to radio or television reception, which can be determined by turning the equipment off and on, the user is encouraged to try to correct the interference by one or more of the following measures:

• Reorient or relocate the receiving antenna.
• Increase the separation between the equipment and the receiver.
• Connect the equipment into an outlet on a circuit different from that to which the receiver is connected.
• Consult the dealer or an experienced radio/TV technician for help.

**Changes or modifications not expressly approved by the party responsible for compliance could void the user's authority to operate the equipment.**

## FEATURES:

1.  MOTION SENSOR FUNCTION-The motion sensor activates at dusk and automatically turns the light on when it detects a moving heat source such as people and vehicles are within its coverage area. The motion sensor will remain active throughout the night and deactivate at dawn.
    (Note: When power is first applied, the light will come on for about 20 sec. to allow the electrical current to stabilize. Once stable the software in the Motion Sensor's Test Mode and Auto Mode functions can be carried. The sensor has 2 knobs one is to adjust the sensitivity and the second is a shut off delay timer. (See fig.1) The motion sensor should be turned as Fig.2 to adjust the knobs location from the back to the side for accessibility when needed to adjust the settings.)

|  | TEST MODE | AUTO MODE |
|---|---|---|
| Works at | Day & Night | Night only |
| Activated by | Motions | Motions |
| On time | As motion existing | As motion existing |
| Shut-off delay time | 5Sec. | 10Sec. ~ 10Min. |

**Fig.1**

**Fig.2**



TURN

Light Cap rotates to the right for easy access to motion sensor settings



EXHIBIT C 048

## 2. Manual Override Mode (auto rest at dawn)

During night, by switching off the wall switch for 2 seconds and then on again, the light will be turned on to dawn. To return to Auto Mode, simply switch the power off and switch on again in the same manner.

**Fig.3**

**Manual Override Operating**

Turn wall switch OFF-ON within 2 sec

| Auto Mode | → ← | Manual Override Mode |

Turn wall switch OFF-ON within 2sec.or reset automatically at dawn

## 3. Uses medium-based incandescent light bulb.

## SPECIFICATIONS:

1. Motion Sensor Range:  Up to 30 ft (Varies with surrounding temperature).
2. Sensor Detection Angle: 220°.

**Fig.4**

6.5'

30'

## Testing and Setting:

1. If installed at a height of 6.5′, the lantern will provide a detection distance up to 30′ (See fig.4). The sensitivity increases win cooler temperatures you may wish to make adjustment as seasons change.
2. The sensor is more sensitive to movements across its detection path rather than the movements towards it directly. Walk at normal speeds across the detection area to set the desired detection distance properly.
3. During Test Mode, the light will come ON for 5 sec. every time when movement is detected. Set the Shut-off Delay Timer only when the light is in the Auto Mode.
4. Clean the sensor lens with soft cloth every 1 or 2 month to dust the sensor from less sensitivity.

## Sensitivity:

1. The sensitivity was set at the maximum by the factory. By turning the knob in counterclockwise, the detection distance can be decreased to the minimum of 5'.
2. The detection range can reach the coverage of 220 degrees (approx.).

## Shut-off Delay time:

During Auto Mode, the light will stay ON as long as motion is detected. When no movement is detected, the light will turn OFF after the delay time has elapsed. The time is 10 sec at the minimum; By turning the knob in clockwise, it will increased the time up to 10 min. as the maximum.

## SELECTING A LOCATION:

1. When selecting a location, be aware that the motion sensor is more sensitive to movement across its coverage area and less sensitive to movement toward or away from the motion sensor. (Fig 5)

Page 3

EXHIBIT C 049

## SELECTING A LOCATION (CONTINUED):



Fig 5

2. Select locations away from nighttime light sources, such as street lamps or other light fixtures. They may shine light onto the fixture's photocell sensor. This light might cause the circuit to "think" that it is daytime and not allow the fixture's functions to operate.
3. Be aware that shade from a porch or an eave may not allow enough daylight to shine onto the motion sensor and may cause the circuit to "think" that it is nighttime, and subsequently cause the light to come on during the daytime.
4. Be aware that motorized equipment, such as power tools, on the same electrical circuit may cause oscillations on the electrical line which might cause the fixture to malfunction.
5. Select locations away from heat sources, such as heating vents, air conditioners, and heated swimming pools.

## QUESTIONS, PROBLEMS, MISSING PARTS:

Before returning to your local Home Depot, please call our Customer Service Team at  1-800-986-3460  or  visit   HOMEDEPOT.COM/HOMEDECORATORS.
Please reference your SKU 1002099636 Oil Rubbed Chestnut Finish fixture or UPC 718212222119 Oil Rubbed Chestnut Finish fixture.

## CAUTION:

1. Before starting installation of this fixture or removal of a previous fixture, disconnect the power by turning off the circuit breaker or by removing the fuse at the fuse box.
2. CONSULT A QUALIFIED ELECTRICIAN IF YOU HAVE ANY ELECTRICAL QUESTIONS.
3. If you have any non-electrical questions about this fixture, please contact our Customer Service Team at 1-800-986-3460 or visit HOMEDEPOT.COM/HOMEDECORATORS. Please reference your SKU 1002099636 Oil Rubbed Chestnut Finish fixture or UPC 718212222119 Oil Rubbed Chestnut Finish fixture.
4. Keep your receipt and these Instructions for Proof of Purchase.

EXHIBIT C 050

## TOOLS REQUIRED FOR ASSEMBLY & INSTALLATION (Not included):



Light Bulb
SKU 1002099636   60 Watt maximum

Safety goggles

Silicon Rubber Sealant
for exterior use

Wire strippers

Flathead screwdriver

Phillips screwdriver

Electrical tape

Wire cutters

## PARTS INCLUDED FOR ASSEMBLY (parts are not to scale):



2   screw (#1)

2 Cap Nuts (#3)

## ASSEMBLY INSTRUCTIONS:

1. Shut off power at the fuse box or circuit breaker box, if necessary remove old fixture and all mounting hardware from outlet box.
2. Carefully unpack your new fixture and lay out all the parts on a clear area, take care not to lose any small parts necessary for installation.
3. Install light bulbs in accordance with the fixtures specifications. (DO NOT EXCEED THE MAXIMUM WATTAGE RATING!!)
4. Glass panel is pre-assembled, if doing glass replacement, unscrew Screws (#1), separate Fixture frame (#7) from cover (#2) and take off broken glass panel, then insert the Glass Panel (#6) into the Fixture frame (#7). Finally screw the Screws (#1) back to secure the fixture frame with the cover.

Page 5

EXHIBIT C 051

**ASSEMBLY:**



3. Cap Nut

2. Cover

4. Back Plate

5. Light Bulb

6. Glass Panel

1. Screw

7. Fixture Frame

**PARTS INCLUDED FOR INSTALLATION (parts are not to scale):**



1  Ground Screw (#12)



2 Outlet Box Screws (#13)



2 Mounting Screws (#10)



1 Cross Bar (#11)



3 Wire Connectors (#8)

## INSTALLATION INSTRUCTIONS:

1. Screw the two Mounting Screws (#10) into the cross bar (#11). Mount the cross bar (#11) to the Outlet Box (#9) using the two provided Outlet Box Screws (#13). [Make sure the threads of the Mounting Screws (#10) are facing outside when the cross bar (#11) is attached to the Outlet Box (#9).] The side of the Cross Bar (#11) marked "GND" must face out.
2. Connect the white wire from the fixture to the white wire from the Outlet Box (#9), and the black wire from the fixture to the black wire from the Outlet Box (#9). Cover the two wire connections using the provided Wire Connectors (#8). Wrap the two wire connections with electrical tape for a more secure connection. If your outlet box has a ground wire (green or bare copper), connect fixture's ground wire to it using the wire connector (#8). Otherwise connect the copper ground from the fixture to Ground screw (#12) on the Cross bar (#11). *Note: If you have electrical questions, consult your local electrical code for approved grounding methods.*

EXHIBIT C 052

## INSTALLATION INSTRUCTIONS (CONTINUED):

3. Mount the body of the fixture on the wall by aligning the protruding Mounting Screws (#10) all the way through the holes on the Back Plate (#4). Be careful not to pinch any of the wires between the fixture and the Outlet Box (#9). Tighten the fixture to the wall by screwing the two cap nut (#3) onto the two protruding Mounting Screws (#10).
4. Once the fixture is mounted on the wall, caulk the space between the wall and the upper 3/4 area of the Back Plate (#4) to prevent water seeping into the Outlet Box (#9). Leave the bottom 1/4 area un-caulked for drainage of any water which might leak into the enclosure.
5. Installation is complete. Turn on the power at the circuit breaker or fuse box. Turn the light switch on to activate the fixture.

## INSTALLATION:



## PRODUCT MAINTENANCE:

1. To clean the outside of the fixture, use a dry or slightly dampened clean cloth (use clean water, never a solvent) to wipe the glass and surface of the fixture.
2. To clean the inside of the fixture, first disconnect power to the fixture by turning off the circuit breaker or by removing the fuse at the fuse box.  Next, use a dry or slightly dampened clean cloth (use clean water, never a solvent) to wipe the inside glass and interior surface of the fixture.
3. Do not use any cleaners with chemicals, solvents or harsh abrasives. Use only a dry soft cloth to dust or wipe carefully.

EXHIBIT C 053

## TROUBLESHOOTING:

| SYMPTOM | Possible Cause | Solution |
|---|---|---|
| In motion sensing mode, the light does not turn on when there is motion | Wall switch or circuit breaker is off | Turn on a switch or circuit breaker. |
| | Light bulb may be dead. | Test the light bulb in a known working light fixture |
| | Light bulb is loose. | Tighten the light bulb in the socket. |
| | Incorrect or loose wire connections. | Check wire connections. |
| | Too much sunlight is shining into photocell sensor in the early evening. | Relocate fixture away from a western facing wall. |
| | Too much light is shining onto photocell sensor due to another light source, such as a street lamp or other light fixture. | Eliminate or turn off other light source, block other light source from shining onto photocell sensor, or relocate fixture. |
| In motion sensing mode, the light stays on continuously. | False triggering caused by a heat source, such as a heater or dryer vent, or heated swimming pool. | Eliminate heat source or relocate fixture |
| The light comes on for no apparent reason | Street or sidewalk traffic is triggering motion sensor | Lower the sensitivity. |
| | False triggering caused by a heat source, such as a heater or dryer vent, or heated swimming pool. | Eliminate heat source or relocate fixture |
| The light comes on during the daytime or too early in the evening | The fixture may be installed in a shaded area, such as under a porch or eave, preventing daylight from shining onto the photocell sensor. | Relocate the fixture |

## <u>LIMITED WARRANTY</u>

The manufacturer warrants this lighting fixture to be free from defects in materials and workmanship for a period of three (3) years from date of purchase. This warranty applies only to the original consumer purchaser and only to products used in normal use and service. If this product is found to be defective, the manufacturer's only obligation, and your exclusive remedy, is the repair or replacement of the product at the manufacturer's discretion, provided that the product has not been damaged through misuse, abuse, accident, modifications, alterations, neglect or mishandling. This warranty shall not apply to any product that is found to have been improperly installed, set-up, or used in any way not in accordance with the instructions supplied with the product. This warranty shall not apply to a failure of the product as a result of an accident, misuse, abuse, negligence, alteration, or faulty installation, or any other failure not relating to faulty material or workmanship. This warranty shall not apply to the finish on any portion of the product, such as surface and/or weathering, as this is considered normal wear and tear. **The manufacturer does not warrant and specially disclaims any warranty, whether express or implied, of fitness for a particular purpose, other than the warranty contained herein. The manufacturer specifically disclaims any liability and shall not be liable for any consequential or incidental loss or damage, including but not limited to any labor / expense costs involved in the replacement or repair of said product.**

EXHIBIT C 054



# HOME DECORATORS COLLECTION

**1 luz de la pared exterior de la linterna con sensor de movimiento**

**Home Depot SKU 1002099636 (UPC 718212222119)**

**(Castaña Aceitado)**



# MANUAL DE INSTRUCCIONES

EXHIBIT C 055

**Gracias por la compra de este accesorio Home Decorators Collection Linterna de pared para el exterior Este producto ha sido fabricado con los más altos niveles de seguridad y calidad. El acabado de esta linterna es resistente a la intemperie, pero con el tiempo se va ir desvaneciendo naturalmente.**

**ADVERTENCIA:** Este equipo ha sido probado y cumple con los límites para un dispositivo digital de Clase B, según la Parte 15 de las normas de la FCC. Estos límites están diseñados para proporcionar una protección razonable frente a interferencias perjudiciales en una instalación residencial. Este equipo genera, utiliza y puede irradiar energía de frecuencia y, si no se instala y utiliza de acuerdo con las instrucciones, puede causar interferencias en las comunicaciones de radio.

Sin embargo, no hay garantía de que no se produzcan interferencias en una instalación particular. Si este equipo causa interferencias perjudiciales en la recepción de radio o televisión, lo cual puede determinarse apagándolo y encendiéndolo, se recomienda al usuario que intente corregir la interferencia mediante una o más de las siguientes medidas:

• Reorientar o reubicar la antena receptora.
• Aumentar la separación entre el equipo y el receptor.
• Conectar el equipo a una toma de un circuito distinto de aquel al que está conectado el receptor.
• Consulte al distribuidor oa un técnico de radio / TV para obtener ayuda.

**Los cambios o modificaciones no aprobados expresamente por la parte responsable del cumplimiento podrían anular la autoridad del usuario para operar el equipo.**

# CARACTERÍSTICAS:

1. SENSOR DE MOVIMIENTO DE FUNCIONES - El sensor de movimiento se activa automáticamente al anochecer y se enciende la luz cuando detecta una fuente de calor en movimiento, como personas y vehículos se encuentran dentro de su área de cobertura. El sensor de movimiento se mantendrá activo durante toda la noche y desactivar en la madrugada.

   (Nota: Cuando se aplica potencia en primer lugar, la luz se encenderá durante aproximadamente 20 segundos para permitir que la corriente eléctrica para estabilizar vez estabilizado el software en las funciones del modo de prueba y el modo automático del sensor de movimiento puede ser llevada El sensor tiene 2 perillas uno es para ajustar la sensibilidad y el segundo es un temporizador de retardo de cierre. (Véase la figura 1) el sensor de movimiento se debe girar como Fig.2 para ajustar la ubicación perillas de la parte posterior.)

| | Modo de prueba | MODO AUTOMÁTICO |
|---|---|---|
| Trabaja en | De día y de noche | La noche solo |
| Activada por | Mociones | mociones |
| A tiempo | A medida que el movimiento existente | A medida que el movimiento existente |
| Tiempo de apagado de retraso | 5 Sec. | 10 seg. ~ 10 Min |



**Fig.1**

**Fig.2**

Vuelta
La luz del casquillo gira hacia la derecha para facilitar el acceso a los ajustes del sensor de movimiento

EXHIBIT C 056

## CARACTERÍSTICAS (Continuación):

Fig.3

### 2. Modo de anulación manual (automático resto en la madrugada)

Durante la noche, por la desconexión de la pared cambiar durante 2 segundos y luego de nuevo , la luz se enciende al amanecer. A volver al modo automático, simplemente cambie el apague y encienda de nuevo en el Misma manera.

**Accionamiento manual de funcionamiento**



### 3. Utiliza bombilla incandescente basada en medio.

## PRESUPUESTO:

1. Alcance del sensor de movimiento: hasta 30 pies (varía con la temperature circundante).
2. Ángulo de detección del sensor: 220º.

## Pruebas y Marco:

1. Si instalada a una altura de 6,5', la linterna proporcionará una distancia de detección hasta 30 ' (Ver figura 4 ) . Los aumentos de sensibilidad ganan más frías Temperaturas le pueden desear hacer los ajustes que cambian las estaciones.

Fig. 4

6.5'

2. El sensor es más sensible a los movimientos a través de su trayectoria de detección en vez que los movimientos hacia él directamente. Camine a una velocidad normal a través de la área de detección para ajustar la distancia de detección deseada correctamente.
3. Durante el modo de prueba, la luz se enciende durante 5 segundos. cada vez cuando se detecta movimiento. Establecer el apagado del temporizador de retardo sólo cuando la luz es en el modo automático.
4. Limpiar la lente del sensor con un paño suave cada 1 ó 2 meses para limpiar el polvo del sensor de menos sensibilidad.

## Sensibilidad:

1. La sensibilidad se estableció al máximo por el fábrica. Girando el mando en sentido antihorario, la distancia de detección se puede reducir a la mínimo de 5'.
2. El rango de detección puede alcanzar la cobertura de 220 grados (apro.).

## Tiempo de desconexión de retardo：

Durante el modo automático, la luz permanecerá encendida mientras se detecta movimiento. Cuando no se detecta movimiento, la luz se apagará después de que haya transcurrido el tiempo de retraso. El tiempo es de 10 segundos mínimo: Al girar el mando hacia la derecha, aumentará el tiempo de hasta 10 minutos maximo.

EXHIBIT C 057

## SELECCIÓN DE UNA UBICACIÓN:

1. Al seleccionar una ubicación, tenga en cuenta que el sensor de movimiento es más sensible para movimiento a través de su área de cobertura y menos sensible al movimiento hacia o lejos del sensor de movimiento. (Fig 5)



Fig 5

Menos Sensibilidad          Mejor Sensibilidad

2. Seleccione ubicaciones alejadas de las fuentes de luz durante la noche,       como farolas o otros artefactos de iluminación. Ellos pueden arrojar luz sobre el sensor fotocélula del aparato. Esta luz puede hacer que el circuito de "pensar" que es de día y no permitir las funciones del proyector en.
3. Be consciente de que la sombra de un porche o un alero puede no permitir suficiente luz natural incida sobre el sensor de movimiento y puede hacer que el circuito de "pensar" que es durante la noche, y, posteriormente, hacer que la luz se encienda durante el día.
4. Tenga en cuenta que los equipos motorizados, tales como herramientas eléctricas, en el mismo circuito eléctrico puede causar oscilaciones en la línea eléctrica que podría hacer que el dispositivo no funcione correctamente.
5. Seleccione los lugares alejados de fuentes de calor, tales como ductos de calefacción o aire acondicionado y piscinas climatizadas.

## Preguntas, problemas, piezas faltantes:

Antes de regresar a su oficina local de Home Depot, llame a nuestro Servicio de Atención al 1-800-986-3460 o visite HOMEDEPOT.COM/HOMEDECORATORS. Por favor, referir a SKU 1002099636 Castaña Aceitado accesorio o UPC 718212222119 Castaña Aceitado accesorio.

## PRECAUCIÓN:

1. Antes de comenzar la instalación de este lampara o eliminación de una luz anterior desconecte la alimentación apagando el interruptor o quitando el fusible en la caja de fusibles.
2. CONSULTE CON UN ELECTRICISTA SI TIENE ALGUNA PREGUNTAS ELÉCTRICAS.
3. Si usted tiene cualquier pregunta no eléctrica de esta, luz por favor, póngase en contacto con nuestro Servicio de Atención al 1-800-986-3460 o visite HOMEDEPOT.COM/HOMEDECORATORS. Por favor, referir a SKU 1002099636 Castaña Aceitado accesorio o 718212222119 Castaña Aceitado accesorio.
4. Guarde su recibo y las instrucciones para la prueba de compra.

EXHIBIT C 058

## HERRAMIENTAS necesarias para el montaje y la instalación (no incluidos):



bombilla




gafas de seguridad



Sellador de caucho de silicio para
uso exterior



pelacables



destornillador de cabeza plana



Phillips  de cabeza plana



Cinta aislante



Cortaalambres

## PIEZAS INCLUIDAS PARA LA ASAMBLEA (partes no están a escala):




2 tuerca (# 1)



2 contratuerca (# 3)

## INSTRUCCIONES DE MONTAJE:

1. Apagar la corriente en la caja de fusibles o caja de interruptores de circuito, si es necesario, remueva la lápara vieja y todos los accesorios de montaje de la caja de salida.

2.  Desempaque con cuidado la nueva lámpara y exponer todas las piezas sobre una zona clara, Tenga cuidado de no perder las piezas pequeñas necesarias para la instalación.

3.  Instalar bombillas de conformidad con las especificaciones de la lámpara. (No sobrepasar la potencia nominal máximo!)

4. El vidrio esta pre-ensamblado, si tiene que reemplazo el vidrio, desenroscar los tornillos que sostienen (# 1), el marco del accesorio separando (# 7) la tapa (# 2) y quitar los vidrio rotos, a continuación, inserte el panel de vidrio (# 6) en el marco del accesorio (# 7). Finalmente atornillar los tornillos (# 1) de nuevo para fijar el marco de base con la tapa.

EXHIBIT C 059

**ASAMBLEA:**



3. Contratuerca

2. Cubierta

4. La placa trasera

5.Bombilla

6.Panel de vidrio

1. Tuerca

7. Conjunto de lámpara

## PIEZAS INCLUIDAS para la instalación (las partes no están a escala):



1 Tornillo de Tierra（#12）   2 Tornillos de la Caja de salida (#13)   2 ea tornillo de montaje (#10)




1 barra cruzada para (#11)   3 Conectores de cable (#8)

## Instrucciones de instalación:

1. Atornille los dos tornillos de montaje (# 10) en el barra cruzada para (# 11).  Monte el barra cruzada para (# 11) a la caja de salida (# 9) con los dos tornillos de caja de salida proveído (# 13). [Asegúrese de que las roscas de los tornillos de montaje (# 10) se salgan fuera del barra cruzada para (# 11) se adjunta a la caja de salida (# 9).] El lado de la barra cruzada para (#11) con "GND" marcado en él y dos puntos convexo debe enfrentar afuera.

2. Conecte el cable blanco del la lámpara al cable blanco de la caja de salida (#9), y el cable negro de la lámpara al cable negro de la caja de salida (#9). Cubra las dos conexiones de cable con los dos Conectores de alambre previstos (#8). Envuelva las dos conexiones de los cables con cinta aislante para una conexión más segura. Si su caja de salida tiene un cable de tierra (verde o desnudo de cobre), conecte el cable de tierra accesorio a la misma utilizando el conector de cable (#8). De otra manera conecte el alambre de cobre al tornillo de tierra (#12) en la barra cruzada para (#11). Nota: Si usted tiene preguntas eléctricas, consulte a su código de electricidad local por los métodos aprobados de puesta a tierra.

EXHIBIT C 060

## Instrucciones de instalación (Continuación):

3.  Monte el conjunto de la lámpara en la pared, alineando los tornillos de montaje (# 10) a través de los orificios de la placa de pared (# 4). Tenga cuidado de no pellizcar cualquiera de los cables entre el aparato y la caja de salida (# 9).  Apriete la fijación a la pared atornillando el dos tuercas de bloqueo (# 3) sobresale en los dos tornillos de montaje (#10).
4.  Una vez que el aparato está montado en la pared, masilla el espacio entre la pared y el la ¾ parte superior de área de la placa de pared (# 4) para evitar filtraciones de agua en la caja de salida (# 9). Deja la parte inferior ¼ una área calafateada para el drenaje de toda el agua que pueda filtrarse en el recinto.
5.  La instalación está completa. Encienda la energía en la caja de fusibles. Encienda el interruptor de la luz para activar el aparato.

## INSTALACIÓN:



## Mantenimiento de productos:

1.  Para limpiar el exterior del aparato, utilice un seca o ligeramente húmeda tela (use agua limpia, nunca un disolvente) para limpiar el vidrio y la superficie de la lámpara.
2.  Para limpiar el interior del aparato, primero desconecte la alimentación de la lámpara de apagar el interruptor de circuito o quitando el fusible de la caja de fusibles. A continuación, utilice una tela seca o ligeramente húmeda (use agua limpia, nunca un disolvente) para limpiar el cristal en el interior y la superficie interior de la lámpara.
3.  No utilice limpiadores con productos químicos, solventes o abrasivos severos. Utilice sólo un paño suave y seco para el polvo o limpiar con cuidado.

EXHIBIT C 061

# SOLUCIÓN DE PROBLEMAS:

| SÍNTOMA | Causa posible | Solución |
|---|---|---|
| En el modo de detección de movimiento , la luz no se enciende cuando hay movimiento | Interruptor de pared o un disyuntor está apagado | Encienda un interruptor o un disyuntor . |
| | bombilla puede estar muerto . | Prueba de la bombilla en un conocido aparato de luz de trabajo |
| | bombilla está floja . | Apriete la bombilla en el casquillo. |
| | conexiones de cables incorrectas o sueltas . | Compruebe las conexiones de cable . |
| | Demasiada luz del sol está brillando en el sensor de la fotocélula en la tarde . | Reubicar accesorio de distancia de una pared orientada al oeste . |
| | El exceso de luz está brillando sobre el sensor fotocélula debido a otra fuente de luz , tal como una lámpara de la calle u otro artefacto de iluminación . | Eliminar o desactivar otra fuente de luz , el bloque de otra fuente de luz se refleje en sensor de la fotocélula , o la ubicación de accesorio . |
| En el modo de detección de movimiento , la luz permanece encendida continuamente . | Falsos disparos causados por una fuente de calor , tal como un calentador o de secadora o la piscina | Eliminar la fuente de calor o la ubicación de accesorio |
| La luz se enciende sin razón aparente | Calle o acera tráfico está provocando sensor de movimiento | Disminuir la sensibilidad . |
| | Falsos disparos causados por una fuente de calor , tal como un calentador o de secadora o la piscina | Eliminar la fuente de calor o la ubicación de accesorio |
| La luz se enciende durante el día o demasiado temprano en la noche | El accesorio se puede instalar en una zona de sombra , como bajo un porche o alero , evitando la luz del día se refleje en el sensor de la fotocélula . | Reubicar el accesorio |

## GARANTÍALIMITADA

El fabricante garantiza que este accesorio de iluminación a estar libre de defectos en  materiales  y  mano  de  obra durante un período de cinco (3)  años  a  partir de la fecha de compra. Esta garantía se aplica  sólo  al  comprador original  y  sólo  a  los  productos utilizados en condiciones normales de uso y servicio. Si se  en cuentra  que  este producto está defectuoso, la única obligación del fabricante, y su solución exclusiva, es la reparación o sustitución del producto, a discreción del  fabricante, siempre que  el  producto  no ha  sido  dañado por el mal uso, abuso, accidentes, modificaciones, alteraciones , negligencia o mal manejo.  Esta  garantía no  se  aplicará a cualquier producto que se demuestre que ha sido instalado incorrectamente, puesta a punto, o utilizado en cualquier manera no conforme con las instrucciones suministradas con  el  producto.  Esta garantía no se aplicará a una falla del producto como consecuencia de un accidente, mal uso, abuso, negligencia, alteración o instalación defectuosa, o cualquier  otro  fallo  que  no  se refieran a los materiales o ejecución defectuosa. Esta garantía no se aplicará a la meta en cualquier parte del producto, tales como la superficie   y  /  o  la  intemperie,  ya  que  se  considera  uso  y  desgaste  normal. **El fabricante no garantiza y especialmente niega cualquier garantía, expresa o implícita, de aptitud para un propósito    particular,    excepto    la    garantía    contenida    en    este documento.  El  fabricante  rechaza específicamente cualquier responsabilidad y no será responsable por cualquier pérdida consecuente o incidental o daños, incluyendo pero no limitado a cualquier mano de obra Gastos de gastos que implica la sustitución o reparación de dicho producto.**

EXHIBIT C 062



# HOME DECORATORS COLLECTION

**1 extérieur applique murale lampe de poche avec détecteur de mouvement**

**Home Depot SKU 1002099636 (UPC 718212222119)**

(châtaignier Oiled)



# MANUEL D'INSTRUCTIONS

EXHIBIT C 063

**Nous vous remercions d'avoir acheté ce Home Decorators Collection Lanterne pour mur extérieur. Ce produit a été fabriqué avec des niveaux plus élevés de sécurité et de qualité. La finale de cette lampe de poche est résistante aux intempéries, mais avec le temps il sera la décoloration naturelle.**

**ATTENTION:** Cet équipement a été testé et jugé conforme aux limites d'un appareil numérique de classe B, en vertu de la partie 15 des règles de la FCC. Ces limites sont conçues pour fournir une protection raisonnable contre les interférences nuisibles dans une installation résidentielle. Cet équipement génère, utilise et peut émettre de l'énergie radiofréquence et, si non installé et utilisé conformément aux instructions, il peut causer des interférences nuisibles aux communications radio. Cependant, il n'y a aucune garantie que l'interférence ne se produira pas dans une installation particulière. Si cet appareil provoque des interférences nuisibles à la réception radio ou télévision, qui peut être déterminé en l'éteignant et, pour essayer de corriger l'interférence par une ou plusieurs des mesures suivantes, il est recommandé:
• Réorienter ou déplacer l'antenne de réception
• Augmenter la distance entre l'équipement et le récepteur.
• Branchez l'appareil dans une prise sur un circuit différent de celui auquel le récepteur est connecté.
• Consulter le revendeur ou un technicien radio / TV expérimenté.

**Les changements ou modifications non expressément approuvés par la partie responsable de la conformité pourrait annuler l'autorisation de l'utilisateur à utiliser l'équipement.**

**FEATURES:**

1. FONCTION CAPTEUR MOTION - Le détecteur de mouvement se met automatiquement au crépuscule et la lumière vient quand il détecte une source de chaleur en mouvement, tels que les personnes et les véhicules sont dans sa zone de couverture. Le détecteur de mouvement reste actif tout au long de la nuit et à l'aube.
(Remarque:Lorsque l'alimentation est d'abord appliquée , la lumière viendra pendant environ 20 secondes pour permettre au courant électrique pour stabiliser une fois stabilisé le mode logiciel fonctions de test et le mode automatique, le capteur de mouvement peut être porté le capteur dispose de 2 boutons on est d'ajuster la sensibilité et le second est un délai de fermeture minuterie. (Voir figure 1) le capteur de mouvement doit être tourné que les boutons pour régler Fig.2 emplacement du dos la partie à la.)

|  | Mode d'essai | AUTO MODE |
|---|---|---|
| Il travaille à | Le jour et la nuit | soir  seulement |
| Activé par | mouvements | mouvements |
| À temps | Comme le mouvement existant | Comme le mouvement existant |
| Off time retarder | 5Sec. | 10Sec. ~ 10Min. |

EXHIBIT C 064

## FEATURES (SUITE):

**Fig.1**





**Fig.2**

Tour

Cap Lumière tourne dans le sens horaire pour faciliter l'accès aux réglages du capteur de mouvement

**Fig.3**

Fonctionnement onération manuelle



## 2. Mode manuel de priorité (repos automatique du matin)

Pendant la nuit, le passage du mur changer pendant 2 secondes , puis à nouveau, la lumière vient sur à l'aube. Arevenir en mode automatique, changer simlement le et rallumez dans le Même façon.

## 3. Utilisez milieu à base de l'ampoule incandescente.

## DEVIS:

1. Champ d'application du capteur de mouvement: jusqu'à 30 pieds (varie avec la température ambiante).
2. Capteur angle de détection: 220°.

**Fig.4**



## Test et Cadre:

1. Si elle est installée à une hauteur de 6.5', lampe de poche offrent une distance de détection jusqu'à 30 ' (voir figure 4). Augmente la sensibilité de gagner des températures plus froides sera ils peuvent vouloir faire des ajustements que le changement des saisons.
2. Le capteur est plus sensible au mouvement à travers le chemin de détection plutôt mouvements à lui directement. Marchez à une vitesse normale à travers la zone de détection pour ajuster correctement la détection de distance souhaitée.
3. En mode de test, la lumière tourne pendant 5 secondes. chaque mouvement de temps est détectée . Réglage de la minuterie de retard d'arrêt uniquement lorsque la lumière est en mode automatique.
4. Nettoyez la lentille du capteur avec un chiffon doux, tous les 1 à 2 mois à la poussière du capteur moins sensible.

## Sensibilité:

1. La sensibilité maximale a été établie par l'usine. Tourner le bouton dans le sens antihoraire, la distance de détection peut être réduite au minimum de 5 '.
2. La zone de détection peut atteindre 220 degrés de couverture (appro . ) .

EXHIBIT C 065

## Arrêter le temps de retard:

En mode automatique, la lumière restera allumée aussi longtemps que le mouvement est détecté. Si aucun mouvement est détecté, la lumière s'éteindra après le temps de retard est écoulé. Le temps est de 10 secondes minimum: Tourner le bouton dans le sens horaire augmente le temps jusqu'à 10 minutes maximum.

## Sélection d'un emplacement:

1. Al choix d'un emplacement, notez que le capteur de mouvement est plus sensible au mouvement dans sa zone de couverture et moins sensible à un mouvement vers ou à l'écart du capteur de mouvement. (Figure 5).

Fig 5



Moins de Sensibilité                    Meilleure Sensibilité

2. Sélectionnez endroits éloignés de sources de lumière pendant la nuit, comme réverbères ou autres luminaires. Ils peuvent faire la lumière sur le dispositif de capteur photoélectrique.Cette lumière peut provoquer le circuit à «penser », il est le jour et ne pas permettre les fonctions du projecteur.
3. Be conscient que l'ombre d'un porche ou faux peut ne pas permettre suffisamment de lumière naturelle frappe le capteur de mouvement et peut amener le circuit à " penser" qui est la nuit , et ensuite faire la lumière vient pendant la journée .
4. On notera que le moteur, tels que des outils électriques, dans le même équipement circuit électrique peut provoquer des oscillations dans la ligne d'alimentation qui pourrait provoquer le dysfonctionnement de l'appareil.
5. Sélectionnez les endroits éloignés des sources de chaleur telles que les bouches de chauffage ou de la climatisation et des piscines chauffées.

## Questions, des problèmes, des pièces manquantes:

Avant de retourner à votre Home Depot local, appelez notre Service Center au 1-800-986-3460 ou visitez HOMEDEPOT.COM/HOMEDECORATORS. S'il vous plaît se référer à SKU 1002099636 Châtaigne Oiled accessoire ou UPC 718212222119 Châtaigne Oiled accessoire.

EXHIBIT C 066

**ATTENTION:**

1. Avant d'installer cette lampe ou la suppression d'un jour précédent, Mettez l'interrupteur ou en enlevant les fusibles dans la boîte à fusibles.
2. Consultez un électricien qualifié SI VOUS AVEZ DES ELECTRIQUE QUESTIONS.
3. Si vous avez des questions, ce pouvoir, de la lumière s'il vous plaît contacter notre Service Center au 1-800-986-3460 ou visitez HOMEDEPOT.COM/HOMEDECORATORS. S'il vous plaît se référer à SKU 1002099636 Châtaigne Oiled accessoire ou UPC 718212222119 Châtaigne Oiled accessoire.
4. Conservez votre reçu et des instructions pour preuve d'achat.

**Outils nécessaires pour l'assemblage et l'installation (non inclus):**



l'ampoule.
SKU  1002099636   60 Watt max

lunettes de sécurité

Silicone produit d'étanchéité en caoutchouc pour l'extérieur

Strippers

tournevis à tête plate

Phillips  à tête plate

Ruban isolant

Coupe-fil

**PIÈCES FOURNIES pour l'assemblage (pièces ne sont pas à l'échelle):**



2 Vis (# 1)

2 écrous (# 3)

**INSTRUCTIONS D'ASSEMBLAGE:**

1. Coupez le courant à la boîte de boîte de fusibles ou disjoncteurs, si nécessaire, retirez la vieille lampe et tous les accessoires pour le montage de la boîte de sortie.
2. Déballez soigneusement la nouvelle lampe et d'exposer toutes les pièces sur une zone claire, soyez déballez soigneusement la nouvelle lampe et d'exposer toutes les pièces sur une zone claire, soyez prudent de ne pas perdre les petites pièces nécessaires pour Installation.
3. Installez des ampoules en conformité avec les spécifications de la lampe. (Ne   pas dépasser la puissance maximale nominale!)

EXHIBIT C 067

## INSTRUCTIONS D'ASSEMBLAGE (SUITE):

4. Glass panel is pre-assembled, if doing glass replacement, unscrew Screws (#1), separate Fixture frame (#7) from cover (#2) and take off broken glass panel, then insert the Glass Panel (#6) into the Fixture frame (#7). Finally screw the Screws (#1) back to secure the fixture frame with the cover.

## MONTAGE:



## PIÈCES FOURNIES pour l'installation (pas les parties à l'échelle):



1 Filetage rectifié vis (#12)        2 Vissez la boîte de sortie (#13)        2 vis de montage (#10)

1 barre transversale (#11)        3 connecteurs de câble (#8)

## Instructions d'installation:

1. Vissez les deux vis de montage (# 10) sur le tableau barre transversale (# 11). Montez la barre barre transversale (# 11) de la boîte de sortie (# 9) avec les deux vis boîte de sortie prévue (# 13). [Assurez-vous que le filetage des vis de fixation (# 10) se rendront sur la barre transversale (# 11) est attaché à la boîte de sortie (# 9).] Le côté de barre transversale (# 11) avec "GND" sur elle devra faire face out.

EXHIBIT C 068

## Instructions d'installation (SUITE):

2. Connectez le fil blanc au fil blanc de l'appareil de la boîte de sortie (#9) et le fil de montage noir au fil noir de la boîte de sortie (#9). Couvrir les deux connexions de câble avec connecteurs câble fourni (#8). Envelopper les deux connexions à fils avec du ruban électrique pour une connexion plus sûre. Si votre boîte de sortie a un fil de terre (vert ou cuivre nu), connectez le fil de terre Mobilier à l'aide du connecteur (#8). Sinon, connectez le terrain de cuivre de l'appareil à vis de terre (#12) sur la sangle barre transversale (#11). Note: Si vous avez des questions électriques, consultez votre code d'électricité local de méthodes approuvées de l'échouement.

3. Monter la lampe sur le mur, en alignant les vis de montage (# 10) par les trous de la plaque murale (# 4). Faites attention à ne pas' pincer les câbles entre l'appareil et la boîte de sortie (# 9). Serrer la fixation au mur en vissant les deux écrous (# 3) excelle dans les deux vis de montage (# 10).

4. Une fois que le dispositif est monté sur le mur, calfeutrer l'espace entre le mur et les ¾ supérieure de la zone de la plaque murale (# 4) pour empêcher les infiltrations d'eau dans la boîte de sortie (# 9). Laissez le fond ¼ calfeutrés une région pour drainer l'eau qui pourrait s'infiltrer dans l'enceinte.

5. L'installation est terminée. Coupez l'alimentation sur la boîte à fusibles. Allumez interrupteur pour activer l'appareil.

## INSTALLATION:



## Produits d'entretien (SUITE):

1. Pour nettoyer l'extérieur de l'appareil, utilisez un chiffon sec ou légèrement humide (utilisation propre, jamais un solvant) pour nettoyer le verre et la surface de la lampe.

2. Pour nettoyer l'intérieur de l'appareil, d'abord couper l'alimentation de la lampe à éteindre le disjoncteur ou en enlevant les fusibles de la boîte à fusibles. Ensuite, utilisez un chiffon sec ou légèrement humide (utilisation de l'eau propre, jamais un solvant) pour nettoyer le verre à l'intérieur et la surface intérieure de la lampe.

3. N'utilisez pas de produits chimiques, solvants ou des abrasifs rudes. Utilisez un doux chiffon sec et à la poussière ou nettoyer avec soin.

EXHIBIT C 069

# DÉPANNAGE:

| SYMPTÔME | Cause possible | Solution |
|---|---|---|
| En mode de détection de mouvement , la lumière ne vient pas quand il y a mouvement | Interrupteur mural ou le disjoncteur est éteint | Mettez un interrupteur ou circuit. |
| | ampoule peut-être mort . | Testez l'ampoule dans un dispositif connu des travaux légers |
| | ampoule est lâche . | Pincez l' ampoule dans la douille. |
| | Des connexions incorrectes ou lâches câbles . | Vérifiez les connexions des câbles. |
| | Trop la lumière du soleil brille sur le capteur photoélectrique dans l'après-midi. | Déménager accessoire d'un mur orienté à l'ouest . |
| | Trop de lumière brille sur le capteur photoélectrique en raison d' une autre source de lumière , comme une lampe de rue ou un autre appareil d'éclairage . | Supprimer ou désactiver une autre source lumineuse , bloc autre source de lumière est réfléchie capteur photocellulaire , ou l'emplacement de l'accessoire . |
| En mode de détection de mouvement , la lumière reste allumée en permanence . | Faux déclencheurs causés par une source de chaleur comme un radiateur ou sèche ou à la piscine | Retirer la source de chaleur ou de l'emplacement de l'accessoire |
| La lumière vient sur aucune raison apparente | Street ou le trafic trottoir est à l'origine capteur de mouvement | Diminution de la sensibilité. |
| | Faux déclencheurs causés par une source de chaleur comme un radiateur ou sèche ou à la piscine | Retirer la source de chaleur ou de l'emplacement de l'accessoire |
| La lumière vient pendant la journée ou trop tôt dans la soirée | L'accessoire peut être installé dans une zone ombragée , comme sous un porche ou faux , en évitant la lumière du jour se reflète dans la cellule photoélectrique . | Relocaliser l'accessoire |

## GARANTIE LIMITÉE

Les garanties constructeur, ce montage doit être exempt de vices de matériaux et de fabrication pour une période de cinq (3) ans à compter de la date d'achat. Cette garantie s'applique uniquement à l'acheteur initial et uniquement aux produits utilisés dans les conditions normales d'utilisation et de service. Si vous trouvez que ce produit est défectueux, la seule obligation du fabricant et votre recours exclusif, est la réparation ou le remplacement, à la discrétion du fabricant, à condition que le produit a été endommagé par un mauvais usage, d'abus, les accidents, modifications, altérations, d'une négligence ou une mauvaise manipulation. Cette garantie ne s'applique pas à un produit se trouve avoir été mal installés, set-up, ou utilisé d'une manière non conforme aux instructions livrées avec le produit. Cette garantie ne s'applique pas à une défaillance du produit résultant d'un accident, une mauvaise utilisation, abus, négligence, altération ou une mauvaise installation, ou tout autre manquement qui se rapportent à des matériaux ou d'exécution défectueuse. Cette garantie ne s'applique pas à l'objectif dans une partie quelconque du produit, tels que la surface et / ou des intempéries, telles que cela est considéré comme une usure normale. **Le fabricant ne garantit pas et décline notamment toute garantie, expresse ou implicite, d'adéquation à un usage particulier, sauf la garantie qui figure dans ce document. Le fabricant décline expressément toute responsabilité et ne saurait être tenue responsable pour tout dommage indirect ou accessoire ou des dommages, incluant mais non limité aux frais de main-d'oeuvre tous les coûts associés au remplacement ou la réparation du produit.**

EXHIBIT C 070